IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA

NANCY L. HYDE,
KEVIN B. HYDE,
    Plaintiffs,

vs.                                      CASE NO.: 23000729CA

ALEXIA RASPATELLO,
PROGRESSIVE AMERICAN
INSURANCE COMPANY

    Defendants.
_____/

## COMPLAINT FOR DAMAGES

Plaintiffs, NANCY L. HYDE & KEVIN B. HYDE, hereby sues Defendants, ALEXIA RASPATELLO & PROGRESSIVE AMERICAN INSURANCE COMPANY, and alleges the following:

1. This action is for damages in excess of $50,000.00, exclusive of attorney's fees, interest and costs, and Plaintiff hereby demands bench trial.

2. Venue for this action is appropriate in Charlotte County, Florida, because that is the location where the underlying incident occurred.

3. At all times material and relevant, Plaintiff is and was a resident of Florida.

4. At all times material and relevant, one or more of the Defendants in this action resided in Florida and/or had its primary place of business in Florida.

5. All conditions precedent to bringing this action have occurred or have been waived.

6. On or around October 30, 2021, Defendant ALEXIA RASPATELLO operated a motor vehicle such that it wrongfully collided with a vehicle being occupied by the Plaintiff.

7. At or around the same time and place, that Defendant owed a duty to other drivers,

including the Plaintiff, to use reasonable and ordinary care in the operation and maintenance of the vehicle being driven.

8. At or around the same time and place, the Defendant breached that duty of care to the Plaintiff.

9. Defendant knew, or reasonably should have known, that failure to use ordinary care in the operation of said vehicle could cause the type of accident which caused injury to the Plaintiff.

10. As a direct, proximate and foreseeable result of the negligence of Defendant, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. These losses are permanent within a reasonable degree of medical certainty and will continue into the future.

11. At all times material and relevant, Defendant ALEXIA RASPATELLO was the owner of the at-fault motor vehicle which was negligently driven. Accordingly, they are vicariously liable for that negligence under the doctrine of *dangerous instrumentality*.

12. At all times material and relevant, Defendants were underinsured for the damages caused to the Plaintiff. Plaintiff maintained underinsured motorist coverage through Defendant PROGRESSIVE AMERICAN INSURANCE COMPANY under policy number 950479911. Underinsured motorist benefits are currently due and owing under this policy.

WHEREFORE, Plaintiff, KEVIN B. HYDE & NANCY L. HYDE, demands judgment for damages against Defendants ALEXIA RASPATELLO & PROGRESSIVE AMERICAN INSURANCE COMPANY, for all just and proper relief to which they may be entitled under Florida law and demands a bench trial.

> GOLDMAN, BABBONI,
> FERNANDEZ, MURPHY & WALSH
> 2822 University Parkway
> Sarasota, FL  34243
> (941) 954-1234
> sfernandezpleadings@justiceforyou.com
> Attorneys for Plaintiff
>
> _____
> STEPHEN M. FERNANDEZ, ESQ.
> Florida Bar No. 0272367

Progressive Insurance Company
14505 SW 27th Way
Miramar, FL 33027
786-532-1969
833-905-1751
FLAttorneymail@progressive.com

PROGRESSIVE

| | |
|---|---|
| Underwritten By: | PROGRESSIVE AMERICAN INSURANCE CO |
| Policyholder: | HYDE, KEVIN |
| Policy Number: | 950479911-0 |
| Claim Number: | 213935163 |
| Date of Loss: | 10/30/2021 |
| Injured Party: | HYDE, NANCY, HYDE, KEVIN |
| Today's Date: | March 1, 2022 |

GOLDMAN BABBONI FERNANDEZ MURPHY &WALSH
NATASHA LOPEZ
3550 S TAMIAMI TR 3RD FL STE 301
SARASOTA, FL 34239

The purpose of this letter is to advise that we are in receipt of your letter of representation. As required by Florida Statute 627.4137 (formerly 627.7264) the following is our Statement Under Oath:

**A.** Name of the insurer: PROGRESSIVE AMERICAN INSURANCE CO
**B.** Name of each insured: KEVIN HYDE, NANCY HYDE
**C.** The limits of liability coverage:
RBI $250,000 EACH PERSON-$500,000 EACH ACCIDENT
UM/UIM $250,000 EACH PERSON-$500,000 EACH ACCIDENT STACKED
PD $100,000 EACH ACCIDENT NO DEDUCTIBLE
COMP ACV LESS $500 DEDUCTIBLE
COLL ACV LESS $500 DEDUCTIBLE
RENTAL $40 PER DAY $1200 MAXIMUM
CLAIMS NO ROADSIDE ASSISTANCE NO CLAIMS - SEE PROCEDURES
MEDPAY $10,000 PER PERSON
PIP $10,000 LIMIT NO DEDUCTIBLE NAMED INSURED AND DEPENDENT RELATIVES

**D.** A statement of any policy or coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement: **There are no coverage issues at this time, however, Progressive reserves the right to amend this Policy Disclosure pending our further investigation.**
**E.** A complete copy of the policy is enclosed.

If you feel Progressive has failed to fully comply with all of the requirements as set forth under 627.4137, please do not hesitate to contact the assigned adjuster at 561-469-5073.

I, _Mark O'Brien_, hereby swear or affirm and certify, under oath and penalty of perjury, that the contents of this disclosure made pursuant to Florida Statute 627.4137 are true and correct.

PROGRESSIVE AMERICAN INSURANCE CO
By its: _____ Claims Manager
- Claims Superintendent

Sincerely,
LOPEZ, ALEXANDER
561-469-5073
Claims Specialist

Enclosure(s): 9611A FL (07/17), A261 FL (05/19) AND DEC PAGE
A10/dt

STATE OF _FL_
COUNTY OF _ORANGE_

SWORN TO (OR AFFIRMED) AND SUBSCRIBED before me by means of ☒ physical presence, or ☐ online notarization this _2_ day of _march_, 20_22_ by _Mark O'Brien_, personally known to me or who produced _____ as identification.

_Stacey Waller_
Signature of NOTARY PUBLIC, State of _FL_

Name of Notary Typed, Printed, or Stamped:

STACEY A. WALLER
Commission # HH 142680
Expires June 15, 2025
Bonded Thru Troy Fain Insurance 800-385-7019

My Commission Expires: ___/___/___

Exhibit

ITALIANO INS SRV INC
PO BOX 18338
TAMPA, FL 33679


AUTO

KEVIN HYDE
NANCY HYDE
PO BOX 44
BOCA GRANDE, FL 33921

**Policy Number: 950479911**
Underwritten by:
Progressive American Insurance Co
August 17, 2021
Policy Period: Jul 16, 2021 - Jan 16, 2022
Page 1 of 4

**1-813-877-7799**
**ITALIANO INS SRV INC**
Contact your agent for personalized service.

**progressiveagent.com**
**Online Service**
Make payments, check billing activity, update policy information or check status of a claim.

**1-800-274-4499**
To report a claim.

# Auto Insurance Coverage Summary
## This is your Declarations Page
## Your coverage has changed

Your coverage began on July 16, 2021 at the later of 12:01 a.m. or the effective time shown on your application. This policy period ends on January 16, 2022 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for a vehicle may not be combined with the limits for the same coverage on another vehicle, unless the policy contract or endorsements indicate otherwise. The policy contract is form 9611A FL (07/17). The contract is modified by form A261 FL (05/19).

## Policy changes effective August 17, 2021

| | |
|---|---|
| Changes requested on: | Aug 17, 2021 10:32 a.m. |
| Requested by: | Nancy Hyde |
| Premium change: | $402.27 |
| Changes: | The 2018 FORD F150 has been added. |

The changes take effect as of the date and time requested shown above.

## Drivers and resident relatives

| | Additional information |
|---|---|
| Kevin Hyde | Named insured |
| Nancy Hyde | Named insured |

Form 6489 FL (01/18)


Continued

## Outline of coverage

### 2018 TOYOTA HIGHLANDER 4 DOOR WAGON
VIN: **5TDJZRFH4JS883935**

Garaging ZIP Code: 33947

Primary use of the vehicle: Commute
Length of vehicle ownership when policy started or vehicle added: At least 3 years but less than 5 years

| | Limits | Deductible | Premium |
|---|---|---|---|
| **Liability To Others** | | | |
| Bodily Injury Liability | $250,000 each person/$500,000 each accident | | $138 |
| Property Damage Liability | $100,000 each accident | | 61 |
| Personal Injury Protection/Deductible applies to Named Insured/Spouse/Dependent Resident Relatives | $10,000 | $0 | 59 |
| Uninsured Motorist - Stacked | $250,000 each person/$500,000 each accident | | 159 |
| Medical Payments | $10,000 each person | | 17 |
| Comprehensive | Actual Cash Value | $500 | 27 |
| Collision | Actual Cash Value | $500 | 73 |
| Rental Reimbursement | up to $40 each day/maximum 30 days | | 6 |
| Roadside Assistance | | | 5 |
| **Total premium for 2018 TOYOTA** | | | **$545** |

### 2007 MERCEDES-BENZ C230 4 DOOR SEDAN
VIN: **WDBRF52H37F913699**

Garaging ZIP Code: 33947

Primary use of the vehicle: Pleasure/Personal
Length of vehicle ownership when policy started or vehicle added: 5 years or more

| | Limits | Deductible | Premium |
|---|---|---|---|
| **Liability To Others** | | | |
| Bodily Injury Liability | $250,000 each person/$500,000 each accident | | $96 |
| Property Damage Liability | $100,000 each accident | | 34 |
| Personal Injury Protection/Deductible applies to Named Insured/Spouse/Dependent Resident Relatives | $10,000 | $0 | 50 |
| Uninsured Motorist - Stacked | $250,000 each person/$500,000 each accident | | 123 |
| Medical Payments | $10,000 each person | | 14 |
| Comprehensive | Actual Cash Value | $500 | 17 |
| Collision | Actual Cash Value | $500 | 38 |
| Rental Reimbursement | up to $40 each day/maximum 30 days | | 5 |
| Roadside Assistance | | | 5 |
| **Total premium for 2007 MERCEDES-BENZ** | | | **$382** |

Form 6489 FL (01/18)


Continued

**2018 FORD F150 CREW PICKUP**
VIN: **1FTEW1E55JFC68782**
Garaging ZIP Code: 33947
Primary use of the vehicle: Pleasure/Personal
Length of vehicle ownership when policy started or vehicle added: Less than 1 month

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | |
| Bodily Injury Liability | $250,000 each person/$500,000 each accident | | $190 |
| Property Damage Liability | $100,000 each accident | | 71 |
| Personal Injury Protection/Deductible applies to Named Insured/Spouse/Dependent Resident Relatives | $10,000 | $0 | 52 |
| Uninsured Motorist - Stacked | $250,000 each person/$500,000 each accident | | 142 |
| Medical Payments | $10,000 each person | | 15 |
| Comprehensive | Actual Cash Value | $500 | 29 |
| Collision | Actual Cash Value | $500 | 94 |
| Rental Reimbursement | up to $40 each day/maximum 30 days | | 7 |
| Roadside Assistance | | | 5 |
| **Total premium for 2018 FORD** | | | **$605** |
| **Total 6 month policy premium** | | | **$1,532.00** |

## Premium discounts

| Policy | |
|---|---|
| 950479911 | Multi-Policy, Home Owner, Multi-Car, Continuous Insurance: Platinum, Paperless, Paid in Full and Three-Year Safe Driving |

| Vehicle | |
|---|---|
| 2018 TOYOTA HIGHLANDER | Anti-Lock Brakes, Driver and Passenger-side Airbag, Passive Anti-Theft Device and Smart Technology Discount |
| 2007 MERCEDES-BENZ C230 | Anti-Lock Brakes, Driver and Passenger-side Airbag and Passive Anti-Theft Device |
| 2018 FORD F150 | Anti-Lock Brakes, Driver and Passenger-side Airbag and Smart Technology Discount |

Smart Technology Discount [SM] is a service mark of Progressive Casualty Ins. Co.

## Lienholder information

| Vehicle | Lienholder |
|---|---|
| 2018 FORD F150 1FTEW1E55JFC68782 | FIFTH THIRD BANK SOLON, OH 44139 |

## Policyholder inquiries

You may call your agent at 1-813-877-7799 to present inquiries or obtain information about coverage, and to obtain assistance with any complaints.

## Agent signature

*[signature: Mark Paust]*

Form 6489 FL (01/18)

Continued

Policy Number: 954911
Kevin Hyde
Nancy Hyde
Page 4 of 4

**Company officers**

*[signature]*
Secretary

Form 6489 FL (01/18)